# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL KEITH DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:14-CV-1146-RWS |
| | ) | |
| THE RICHMOND HEIGHTS | ) | |
| COMMUNITY CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #3]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of his application for in forma pauperis status [Doc. #2]. Plaintiff has failed to state whether he has any cash on hand or money in a savings or checking account, and if he does, the total amount of said account(s). In addition, he has failed to state whether he presently employed or self-employed and, if married, whether his spouse is employed. As such, the Court is unable to determine, at this time, if he is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that on or before August 5, 2014, plaintiff shall either pay the statutory filing fee of $400 or submit a fully-completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action, without prejudice and without further notice to him.

Dated this 9th day of July, 2014.

_____
**UNITED STATES DISTRICT JUDGE**