UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL KEITH DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:14-CV-1146-RWS |
| | ) | |
| THE RICHMOND HEIGHTS | ) | |
| COMMUNITY CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On July 9, 2014, plaintiff was ordered to either pay the statutory filing fee of $400 or submit a fully-completed CJA Form 23 [Doc. #4]. More specifically, the Court noted that plaintiff had failed to state whether he had any cash on hand or money in a savings or checking account, and if he did, the total amount of said account(s). In addition, plaintiff had failed to state whether he presently was employed or self-employed and, if married, whether his spouse was employed. Plaintiff was advised that his failure to comply with the Court's Order would result in the dismissal of his case, without prejudice and without further notice to him.

On July 24, 2014, plaintiff filed what he claims to be an amended CJA Form 23 financial affidavit and states, "Plaintiff upon the Order of the Court has filed an amended financial affidavit to include information on bank statement (balance)"

[Doc. #5]. Upon review, the Court finds that this document is deficient for precisely the same reasons that his original financial affidavit was deficient, and therefore, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Therefore,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of July 9, 2014. *See* Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #3] is **DENIED** as moot.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 25th day of July, 2014.

　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**